UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHARRON ANNE CAROL,<br><br>      Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>      Defendant. | No. CV-08-00339-JPH<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

    Magistrate Judge Hutton filed a Report and Recommendation on April 23, 2009, recommending that Plaintiff's Complaint be dismissed for lack of subject matter jurisdiction. (Ct. Rec. 12.) The Report and Recommendation was sent to Plaintiff's last known addresses of record. Defendant has not been served in this matter. Objections to the Report and Recommendation were due no later than May 11, 2009. *Id.* Plaintiff has not filed an objection.

    After reviewing the material of record and relevant authority, the Court **ADOPTS** the Report and Recommendation's analysis and conclusion. Plaintiff's Complaint **(Ct. Recs. 2 & 4)** is **DISMISSED WITHOUT PREJUDICE.** Judgment shall be entered.

///

///

///

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

1  **IT IS SO ORDERED.** The District Court Executive shall forward
2  copies of this Order to Petitioner and close the file.
3  DATED this 29th day of May 2009.

4
5                    S/ Edward F. Shea
                     EDWARD F. SHEA
6              United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION -2-