UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHARRON ANNE CAROL,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | NO.  CV-08-00339-JPH<br><br>**JUDGMENT IN A CIVIL CASE** |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.

DATED this 29th day of May, 2009.

                                          JAMES R. LARSEN
                                        District Court Executive/Clerk


                                by: _____s/Karen White____
                                        Deputy Clerk

cc: all counsel